**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HARBURG MEDICAL SALES COMPANY, | : | No. 325 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| STATE WORKERS' INSURANCE FUND | : | |
| (BUREAU OF WORKERS' | : | |
| COMPENSATION FEE REVIEW HEARING | : | |
| OFFICE), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 29th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.